# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| GEORGE HALIBURTON, *individually and on behalf of all others similarly situated,* ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 5:21-cv-06165-DGK |
| ) | |
| LUCKY 5 LOGISTICS, INC., ) ) | |
| Defendant. ) | |

## **JUDGMENT IN A CIVIL ACTION**

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Compel Arbitration, (Doc. No. 21) is GRANTED, and this case is DISMISSED WITH PREJUDICE.


 May 24, 2022                    Paige Wymore-Wynn
Dated                            Clerk of Court

 May 26, 2022                    /s/ Tracy Strodtman
Entered                          (by) Deputy Clerk